**WO**          IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America, )

                        Plaintiff, )      CR-03-269-01-PHX-SMM

              v. )

                             )      ORDER OF DETENTION

Reina Eileen Villarreal, )

                 Defendant. )

_____

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

By clear and convincing evidence defendant is a flight risk and requires detention pending final disposition.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at **Behavioral Systems Southwest-Phoenix Halfway House facility**. Upon the availability of bedspace U.S. Probation Officer Neil Graber shall contact the Magistrate Courtroom Clerk's Division to set up a BAG AND BAGGAGE release from the U.S. Marshal lockup at the District Courthouse.

DATED this 5th day of June, 2007.

Edward C. Voss
United States Magistrate Judge